**CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED JUN 25 2 04 PM '98

Edwin Miller,

    Plaintiff,

v.

Credit Acceptance Corporation, et. al.,

    Defendants.

No. 98-70417

Hon. Nancy G. Edmunds

---

George Hoffman,

    Plaintiff,

v.

Credit Acceptance Corporation, et. al.,

    Defendants.

No. 98-70783

Hon. Nancy G. Edmunds

---

Andrew Loesberg,

    Plaintiff,

v.

Credit Acceptance Corporation, et. al.,

    Defendants.

No. 98-70985

Hon. Nancy G. Edmunds

---

Rich Schrager,

    Plaintiff,

v.

Credit Acceptance Corporation, et. al.,

    Defendants.

No. 98-71285

Hon. Nancy G. Edmunds

---

Marvin Slomovics,

    Plaintiff,

v.

Credit Acceptance Corporation, et. al.,

    Defendants.

No. 98-71334

Hon. Nancy G. Edmunds

---

**ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSING OF
98-70783, 98-70985, 98-71285 and 98-71334**

The Court may order consolidation of separate cases pursuant to Fed. R. Civ. P. 42(a) which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The purpose of this permissive rule is to promote convenience and judicial economy. Thus, "[i]f two cases appear to this court to be of like nature and relative to the same question, if a joint trial of them would avoid unnecessary costs and delay, and it is reasonable to try them together, it is within this court's discretionary power to order consolidation." Midwest Community Council, Inc. v. Chicago Park District, 98 F.R.D. 491, 499-500 (N.D. Ill. 1983) (citing Mutual Life Ins. Co. v. Hillmon, 145 U.S. 285, 292 (1892)). Moreover, "[t]he fact that . . . the issue of consolidation is raised by the court sua sponte, is not dispositive." Id. at 500.

These cases satisfy Rule 42(a)'s requirements for consolidation. Accordingly, the court hereby CONSOLIDATES case numbers 98-70417, 98-70783, 98-70985, 98-71285 and 98-71334. All subsequently filed pleadings shall be entered under the lowest case number of 98-70417. Case numbers 98-70783, 98-70985, 98-71285 and 98-71334 are hereby closed for administrative purposes only.

SO ORDERED.

Nancy G. Edmunds
U.S. District Judge

Dated: JUN 2 5 1998

2